390 A.2d 316

Ward et al. v. Tinicum Township, Appellant, et al.
Ward et al. v. Tinicum Township (et al., Appellant), et al.

Argued March 28, 1978. T. Thomas, with him Donald J. P. Sweeney, for appellant at No. 1983, and appellee at No. 2029; Steve Johnson, with him G. Wayne Renneisen, for appellant at No. 2029, and appellee at No. 1983; Donald E. Matusow, for appellee, Ward; No appearance entered nor brief submitted for appellee, A. B. Dick Company.

Order affirmed.

PRICE and HESTER, JJ., dissented.